IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MELVIN M. BROWN                                                                                    PETITIONER

v.                                       5:13CV00207-KGB-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                         RESPONDENT

## ORDER

Before the Court is Petitioner's Motion for Stay and Abeyance (Doc. No. 3). Petitioner requests the stay and abeyance of his federal habeas while he seeks to perfect his appeal from the state circuit court's order denying his petition for post-conviction relief pursuant to Ark. R. Crim. P. 37.

Petitioner cannot meet the "good cause" standard set forth in *Rhines v. Weber,* 544 U.S. 269 (2005) to justify granting a stay of these federal proceedings in order for him to return to state court to perfect his appeal.  Accordingly, his Motion (Doc. No. 3) is DENIED.

IT IS SO ORDERED this 6th day of September, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE