IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MELVIN M. BROWN**                                                                                       **PETITIONER**
**ADC #145035**

v.                              Case No. 5:13-cv-00207-KGB

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                               **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice. A certificate of appealability is denied.

SO ADJUDGED this the 9th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE